JaVonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

The following constitutes the order of the court.
Signed December 9, 2015

William J. Lafferty, III
U.S. Bankruptcy Judge

Attorneys for Movant, THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CHASE MORTGAGE FINANCE REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-I by and through its servicing agent Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 15-43128 WJL |
| Adrienne Lynnette Geeter, | ) Chapter 13 |
| Debtor. | ) RS No. |
| | ) **ORDER ON ADEQUATE PROTECTION STIPULATION** |
| | ) Hearing Date: |
| | ) Hearing Time: |
| | ) Location: , |

The parties agreed to the terms set forth in the Adequate Protection Stipulation filed on 12/8/2015 as document #25 and are bound by the terms of their stipulation which shall be the Order of this Court.

**END OF ORDER**

**COURT SERVICE LIST**

Adrienne Lynnette Geeter
5613 Leitrim Way
Antioch, CA 94531

Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540

ATTORNEY FOR MOVANT
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101